BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *mblecher@blechercollins.com*
William C. Hsu (State Bar No. 108922)
  *whsu@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
  *jelkayam@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Defendant MB TRAVEL
CORPORATION dba DOWNTOWN TRAVEL

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALL CONTINENTS TRAVEL, INC., a California corporation dba PICASSO TRAVEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MB TRAVEL CORPORATION, a New York corporation, dba DOWNTOWN TRAVEL, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:11-CV-0029-MMM (PLAx)<br><br>**ORDER RE STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE CONFIDENTIAL AND PROPRIETARY INFORMATION**<br><br>[Hon. Margaret M. Marrow] |

1       Pursuant to the parties stipulation, this Court approves the jointly submitted Protective Order re Confidential and Proprietary information in the above-entitled action, **as modified by the Court**.

IT IS SO ORDERED this 6TH day of May, 2011.

*/s/ Paul L. Abrams*

_____
Honorable Paul L. Abrams
United States Magistrate Judge